FILED IN CHAMBERS
U.S.D.C. - Atlanta
JAN 14 2019
James N. Hatten, Clerk
By: /s/ AMCann, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BRECKENRIDGE PROPERTY FUND 2016, LLC,

    Plaintiff

v.

DANIELLE PICHETTE and all others,

    Defendant

CIVIL ACTION FILE NO.
1:18-CV-4384-ODE-LTW

ORDER

This civil case is before the Court on the Final Report and Recommendation of United States Magistrate Judge Linda T. Walker filed December 4, 2018 [Doc. 4] ("R&R"). No objections have been filed.

In the R&R, Judge Walker recommends that this case be remanded to the Magistrate Court of Cobb County. Remand is warranted because Defendant Pichette has failed to establish a basis for the Court to exercise removal jurisdiction.

The Court having read and considered the R&R and noting the absence of any objections thereto, it is hereby ADOPTED as the opinion and order of the Court. Accordingly, this case is REMANDED to the Magistrate Court of Cobb County, Georgia.

SO ORDERED, this 11 day of January, 2019.

ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE